UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RALEIGH OFFSET, INC., )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>HAROLD McNAMARA, 　　　　)<br>　　　　　Defendant. 　　　　) | **AMENDED**<br>**JUDGMENT**<br><br>No. 5:11-CV-738-BO |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Summary Judgment is GRANTED, defendant is liable to plaintiff for $95,670.69 plus interest, and plaintiff is AWARDED treble damages pursuant to N.C. Gen.Sta.§ 75-16.

**This Judgment Filed and Entered on April 12, 2013, and Copies To:**

Donald J. Harris (via CM/ECF Notice of Electronic Filing)
Harold McNamara (9566 E Prospector Drive, Queen Creek, AZ 85242)

DATE　　　　　　　　　　　　　　　　　　　JULIE A. RICHARDS, CLERK
April 12, 2013　　　　　　　　　　　　　　　/s/ Susan K. Edwards
　　　　　　　　　　　　　　　　　　　　　　(By) Susan K. Edwards, Deputy Clerk