UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RALEIGH OFFSET, INC., )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:11-CV-738-BO
)
HAROLD MCNAMARA, individually and )
doing business as RECYCLE MATERIALS )
MANAGEMENT, )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, US District Court Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Attorneys' Fees is GRANTED. Plaintiff is awarded $39,155.00 in attorneys' fees and costs in the amount of $2,488.04.

**This Judgment Filed and Entered on May 24, 2013, and Copies To:**

Donald J. Harris (via CM/ECF Notice of Electronic Filing)
Harold McNamara (9566 E Prospector Drive, Queen Creek, AZ 85242)

DATE                                                              JULIE A. RICHARDS, CLERK
May 24, 2013                                     /s/ Susan K. Edwards
                                                                    (By) Susan K. Edwards, Deputy Clerk